UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

FARZANA MUNIA,

        Plaintiff,

vs.

ARACKEL TRADING, INC.,

        Defendant.

_____/

## **NOTICE OF REMOVAL**

Defendant, ARACKEL TRADING, INC., respectfully shows this Court as follows:

1. On April 14, 2017, a civil action was filed in the Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, entitled FARZANA MUNIA v. ARACKEL TRADING, INC., Case # 50-2017-CA-004187.

2. A copy of the Summons and Complaint in said action was never served on Defendant, however, Defendant hereby waives service of process. See Exhibit "A."

3. To the best of Defendant's knowledge, there have been no further pleadings, process, orders or other papers aside from the documents attached as Exhibit "A."

4. The civil action described in paragraphs 1-2 of this Notice of Removal alleges violations of the federal Fair Labor Standards Act, 29 U.S.C. §§ 201-19. ("FLSA").

5. This Court has original jurisdiction over that civil action pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331. A civil action under the FLSA is a claim or right arising under the laws of the United States.

6. Therefore, the instant civil action is one which may be removed to and adjudicated by this Court pursuant to 28 U.S.C. § 1441(a) and (b), according to the procedure provided

in 28 U.S.C. § 1446, because (1) it is a civil action over which the United States District Courts have original jurisdiction and which is founded on a claim or right arising under the laws of the United States *(e.g.,* the FLSA), (2) this Notice of Removal is filed within 30 days of Defendant's receipt of a copy of the Summons and Complaint, and (3) the Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, in which this civil action was commenced, is within this Court's District and Division. Valdivieso v. Atlas Air, Inc., 128 F. Supp. 2d 1371 (S.D. Fla. 2001). *See also.,* Cosme Nieves v. Deshler, 786 F.2d 445,451 (1st Cir. 1986) (FLSA actions removable to federal court); Chapman v. Eighth Judicial Dist. Juvenile Probation Bd., 22 F. Supp.2d 583, 586 (E.D. Tex. 1998) (same); *see also* 14C Wright, Miller & Cooper, Federal Practice & Procedure § 3729 (2d ed. 1998 & Supp. 2000).

7. A Notice to State Court of Removal, a copy of which is attached hereto as Exhibit "B" along with a copy of this Notice of Removal, will be promptly filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in Palm Beach County, Florida. A copy of that Notice to State Court of Removal and of this Notice of Removal has also been concurrently served upon the counsel for plaintiff.

WHEREFORE, Defendant, ARACKEL TRADING, INC, hereby remove the aforesaid civil action from the Circuit Court of the Fifteenth Judicial Circuit in Palm Beach County, Florida to the United States District Court for the Southern District of Florida.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 4, 2017 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Goldberg & Loren, P.A.
100 S. Pine Island Road
Suite 132
Plantation, FL 33324
Phone:      (954)585-4878
Facsimile:  (954)585-4886
E-Mail:     JLoren@Lorenlaw.com

*/s/ James M. Loren*

_____
James M. Loren, Esquire
Bar No.: 55409


**SERVICE LIST**

Thomas Montgomery, Esquire
P.O. Box. 1510
Belle Glade, FL 33430
Phone: 561-996-6317
Fax:    305-595-7855
Email: thomlaw1948@aol.com
Attorney for Plaintiff