**** CASE NUMBER: 502017CA004187XXXXMB Division: AN ****

Filing # 55052460 E-Filed 04/13/2017 03:01:50 PM

CIVIL ACTION SUMMONS

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA. IN AND FOR COUNTY, FLORIDA.

CIVIL DIVISION

CASE NO:

FARZANA MUNIA,

Plaintiff,

v.

ARACKEL TRADING, INC.,

Defendant.

THE STATE OF FLORIDA:

TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in the above-styled cause upon the Defendant:

Arackel Trading, Inc.
By Serving: Jaimon Abrahan
15121 Meadhaven Street
Davie, FL 33331

Each Defendant is hereby required to serve written defenses to said complaint or petition on Plaintiff's attorney, whose address is:

Thomas Montgomery, Esquire
P.O. Box 1510
Belle Glade, FL 33430
(561) 996-6317

Within 20 days after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint or petition.

NOT A CERTIFIED COPY

Exhibit "A"

Witness my hand and the seal of this Court this ___ day of Apr 14 2017, 2017.

CLERK OF THE COURT

By: Shannon Fatu

As Deputy Clerk SHANNON FATU

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administrative Office of the Court, Palm Beach County Courthouse, 205 N. Dixie Highway, Room 5.2500, West Palm Beach, FL 33401; Telephone 561-355-2431 within two (2) [illegible] days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8771.

NOT A CERTIFIED COPY

**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

# RECEIPT

2134935

Printed on:
04/14/2017 4:31 PM
Page 1 of 1

**Receipt Number: 2134935 - Date 04/14/2017 Time 4:31 PM**

| | | | |
|---|---|---|---|
| **Received of:** | Thomas Montgomery<br>P.O. Box 1510<br>Belle Glade, FL | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | [illegible].00 |
| **Receipt ID:** | 8346101 | **Remaining Balance [illegible]:** | [illegible].00 |
| **Division:** | AN: Circuit Civil Central - AN (Civil) | | |

**Case# 50-2017-CA-004187-XXXX-MB – Plaintiff: MU[illegible]ANA**

| Item | Balance | [illegible] | Bal Remaining |
|---|---|---|---|
| Fees | 411.0[illegible] | 411.00 | 0.00 |
| **Case Total** | **41[illegible]** | **411.00** | **0.00** |

**Payme[illegible]s:**

| Type: | [illegible]#: | Amount: |
|---|---|---|
| EFILING | 1[illegible] | **411.00** |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

NOT A CERTIFIED COPY

**How was your service today?** Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

Filing # 55052460 E-Filed 04/13/2017 03:01:50 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA. IN AND FOR PALM BEACH COUNTY, FLORIDA.

CIVIL DIVISION

CASE NO:

FARZANA MUNIA,
Plaintiff,

v.

ARACKEL TRADING, INC.,
Defendant.
_______________________________/

**COMPLAINT**

**COMES NOW** the Plaintiff, Farzana Munia, by and through the undersigned attorney, and files this action for damages in excess of $15,000.00 against the Defendant, Arackel Trading, Inc., and alleges:

**COUNT I**

1. This is an action for damages in excess of $15,000.00.

2. At all times material hereto the Plaintiff has been a resident of Palm Beach County, Florida and an employee of Defendant, Arackel Trading, Inc., since 2012.

3. At all times material hereto Arackel Trading, Inc., has been a corporation authorized to do business in the State of Florida.

NOT A CERTIFIED COPY

4. The Plaintiff, in December 2, 2015, was injured on the job while working for Defendant in a robbery attempt by a third party.

5. The Plaintiff reported the injury to the Defendant and the Plaintiff was directed not to file a claim for workers' compensation; and if she did she would be terminated from her employment.

6. The Plaintiff filed the claim for workers' compensation only to discover that the Defendant did not have workers' compensation insurance.

7. Chapter 440.205, Florida Statutes, prohibits the retaliation against an employee for seeking the benefits under Chapter 440.

8. The Defendant's failure to have workers' compensation insurance resulted in the Plaintiff getting treatment under her health insurance and at her expense.

9. As a result of the Defendant's foregoing action the Plaintiff is entitled to damages for her medical care, loss of wages (both past and future) and attorney fees.

WHEREFORE, the Plaintiff demands damages in excess of $15,000.00 and jury trial on all issues and attorney fees.

**COUNT II**

10. This is an action for damages in excess of $15,000.00.

11. Paragraphs 1 thru 10 are recited herein.

NOT A CERTIFIED COPY

12. At all times material hereto the Plaintiff was an employee of the Defendant as defined by the Fair Labor Standards Act of 1983.

13. The Plaintiff worked for $9.00 per hour and worked 102 hours per week and was paid $850.00 per week.

14. The Plaintiff under the federal wage and hour law, Section 207, is entitled to time and a half for all hours in excess of 40 hours per week and the Plaintiff is entitled to an additional $347.00 each week for four years as overtime pay.

15. The Defendant has threatened the Plaintiff with termination if she sought time and a half under the Federal Fair Labor Act and the Plaintiff reserves the right to amend this complaint to seek punitive damages.

16. The Plaintiff has retained the undersigned attorney to represent her and she is entitled to attorney fees against the Defendant.

**WHEREFORE** the Plaintiff demands jury trial on all issues, plus prejudgment interest and attorney fees and back wages of $72,17[illegible]

NOT A CERTIFIED COPY

THOMAS MONTGOMERY, P.A.
***s/ Thomas Montgomery, Esquire***
THOMAS MONTGOMERY
Attorney for Plaintiff
P.O. Box 1510
Belle Glade, FL 33430
561-996-6317
Florida Bar No: 148310
Email: mnichols1985@bellsouth.net

Filing # 55052460 E-Filed 04/13/2017 03:01:50 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

---

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No.:________________
Judge: ________________

Farzana Munia
Plaintiff
vs.
Arackel Trading Inc
Defendant

---

**II. TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000
  - ☐ Other real property actions $50,001 - $249,999
  - ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

NOT A CERTIFIED COPY

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**III. REMEDIES SOUGHT** (check all that apply):

☒ Monetary;
☐ Non-monetary
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

**IV. NUMBER OF CAUSES OF ACTION: ( )**
(Specify)

2

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ Yes
☒ No

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒ No
☐ Yes – If "yes" list all related cases by name, number and court:

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Thomas Montoya FL Bar No.: 148310
Attorney or party (Bar number, if attorney)

Thomas Montoya 04/13/2017
(Type or print name) Date

NOT A CERTIFIED COPY

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

GENERAL CIVIL DIVISION

CASE NO.: 50-2017-CA-004187

FARAZANA MUNIA,

Plaintiff,

vs.

ARACKEL TRADING, INC.,

Defendant.

______________________________________/

**NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant hereby submit that this matter has been removed to the United States District Court for the Southern District of Florida.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished by E-mail on May 4, 2017 upon the following as per the service list attached below.

Goldberg & Loren, P.A.
Attorneys for Defendants
100 S. Pine Island Rd., Suite 132
Plantation, Florida 33324
Tel: 954-585-4878
Fax: 954-585-4886

________________________________
James Loren
Florida Bar No. 55409

Exhibit “B”

**SERVICE LIST**

Thomas Montgomery, Esquire
P.O. Box. 1510
Belle Glade, FL 33430
Phone: 561-996-6317
Fax: 305-595-7855
Email: thomlaw1948@aol.com
Attorney for Plaintiff